## Commonwealth *v.* Zankman, Appellant.

Argued March 16, 1970. *Robert W. Costigan,* for appellant; *Martin H. Belsky,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.